United States District Court
District of Massachusetts

**United States of America**

v.

                                             Case No.: 15-cr-10148-LTS

**Aaron Bloudson**

**Defendant's Status Report Regarding Supervised Release**

NOW COMES the defendant Aaron Bloudson and files this report regarding Mr. Bloudson's status on supervised release.

**<u>Procedural History</u>**

Mr. Bloudson was one of the defendants in the Columbia Point Dawgs cases. On January 21, 2016 he pled guilty to Count One (conspiracy to distribute cocaine base, cocaine and heroin). On April 14, 2016, this Court imposed a sentence of 18 months imprisonment, followed by supervised release with special conditions (*see* ECF No. 189). One of the special conditions was that Mr. Bloudson was to appear before this Court upon his release from custody. Mr. Bloudson did appear at several status conferences, however, due to his employment obligations, he had difficulty making it to the conferences. At the last status conference, which was held on December 11, 2017, this Court ordered that counsel file a status report in six months, and arrange a status conference at the end of supervision. Mr. Bloudson's

supervised release is currently scheduled to end on October 6, 2019.

**Status of Supervised Release**

Defendant's counsel spoke with Mr. Bloudson and his supervising probation officer, Jessica Turkington, on June 8, 2018. Mr. Bloudson continues to do well on supervised release. The only non-compliance issue was taking non-prescribed pain medication (an oxycodone pill) for a toothache in May, which Mr. Bloudson reported to Ms. Turkington (*see* Probation Memo, ECF No. 433). Mr. Bloudson understands that this was a violation of his conditions, and has addressed it with his probation officer. He has had no positive urine screens. Mr. Bloudson has made an appointment with a dentist, but is not able to get in until July. I advised him to go to the emergency room if he experiences more pain, and will follow-up with him on this.

Mr. Bloudson is living in Bridgewater with his girlfriend, Krystyn, and their young son. He also continues to have positive contact with his older two sons, mostly on weekends, and pays child support. He remains employed at SimpliSafe in Braintree. Because he is living in Bridgewater and working in Braintree, he is not spending time in Boston, where the criminal activity occurred.

He is looking to buy a used car, and is driving rental cars in the meantime. He has been stopped and questioned several times by law enforcement, in what appears to be instances of "driving while black." He is

respectful during these interactions, and has reported the stops to his probation officer.

Mr. Bloudson has not been able to make any progress on obtaining his G.E.D., mainly because he lacks time due to his work schedule and child care responsibilities. He has discussed this with his probation officer, and she has encouraged him to take classes and emphasized the importance of this, which Mr. Bloudson acknowledges.

In sum, Mr. Bloudson continues to make good progress on supervised release. He is working with probation on his cognitions and social networks. Aside from the one incident of taking non-prescribed pain medication for a toothache, he has been in full compliance with the conditions of his release.


Respectfully submitted
AARON BLOUDSON
By his attorney,


/s/ MARK W.SHEA                              Dated:  June 10, 2018
Mark W. Shea
Shea and LaRocque
929 Massachusetts Avenue, Suite 200
Cambridge MA  02139
617.577.8722
markwshea@gmail.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 10, 2018.

/s/ Mark W. Shea
Mark W. Shea